

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-25-00258-CV

Patrick **MINOR**,
Appellant

v.

**KENTUCKY FRIED CHICKEN**,
Appellee

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2024CI25097
Honorable Norma Gonzales, Judge Presiding

BEFORE JUSTICE BRISSETTE, JUSTICE SPEARS, AND JUSTICE MCCRAY

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF PROSECUTION. We order all costs of this appeal to be taxed against appellant.

SIGNED July 30, 2025.

_____
Lori Massey Brissette, Justice